

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**OFFICE OF THE CLERK**
**1 COURTHOUSE WAY**
**BOSTON, MASSACHUSETTS 02210**

**Sarah Allison Thornton**
**CLERK OF COURT**

TO:                                              RE:

United States District Court              MDL # 07-1827

Northern District of California           OUR CIVIL ACTION # 1:07cv-11025 NMG

450 Golden Gate Avenue, PO Box 36060    YOUR CIVIL ACTION # _____

San Fransico, CA 94102

Dear Clerk:

      Pursuant to the Conditional Transfer Order of the Multidistrict Litigation Panel dated 6/28/07 regarding the above referenced action pending in this district, the following documents are included in our file and transmitted herewith:

           ( )     Certified copy of the docket entries;

           ( )     Copy of the transfer order;

           ( )     Original documents numbered _____

           (X)    Emailed PDF documents   1-4

Kindly acknowledge receipt of the above on the copy of this letter.

                                                                                        Respectfully,

                                                                  SARAH A. THORNTON
                                                                  CLERK OF COURT

Date: 7/24/07                                         By: /s/ Elizabeth E. Sonnenberg
                                                                      Deputy Clerk