CLOSED

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:07-cv-11025-NMG

Giusti v. AU Optronics Corp. et al
Assigned to: Judge Nathaniel M. Gorton
Cause: 15:1 Antitrust Litigation

Date Filed: 05/31/2007
Date Terminated: 07/24/2007
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**Eleanor Giusti**
*on behalf of herself and all others similarly situated in the State of Massachusetts*

represented by **Michael S. Bearse**
Finnegan & Bearse
50 Milk Street, 19th Floor
Boston, MA 02109
617-426-7655
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**AU Optronics Corp.**

**Defendant**
**AU Optronics Corp.America;**

**Defendant**
**CHI MEI Optoelectronics Co., LTD.**

**Defendant**
**Chi Mei Optoelectronics USA, Inc.**

**Defendant**
**Chunghwa Picture Tubes, Ltd.**

**Defendant**
**Fujitsu America, Inc.**

**Defendant**
**Hannstar Display Corporation**

**Defendant**
**Hitachi, LTD.**

**Defendant**
Hitachi Displays, Ltd.

**Defendant**
Hitachi America, Ltd.

**Defendant**
Idtech Co., Ltd.

**Defendant**
Idtech USA, Inc.

**Defendant**
Ipsa Alpha Technology, Ltd.

**Defendant**
LG.Philips LCD Co., Ltd.

**Defendant**
LG.Philips LCD America, Inc.

**Defendant**
Matsushita Electric Industrial Co. Ltd.

**Defendant**
Panasonic Corporation of North America

**Defendant**
Mitsubishi Electric Corporation

**Defendant**
Mitsubishi Electric & Electronics USA, Inc.

**Defendant**
NEC Electronics Corporation

**Defendant**
NEC Electronics America, Inc.

**Defendant**
NEC LCD Technologies, LTD.

**Defendant**
Samsung Electronics Company Ltd.

Defendant

Samsung Electronics America

Defendant

Sanyo Electric Co., LTD.

Defendant

Sanyo North America Corporation

Defendant

Epson Imaging Devices Corporation

Defendant

Seiko Epson Corporation

Defendant

Epson America, Inc.

Defendant

Epson Electronics America, Inc.

Defendant

Sharp Corporation

Defendant

Sharp Electronics Corporation

Defendant

S-LCD Corporation

Defendant

Toshiba Corporation

Defendant

Toshiba America Inc.

Defendant

Toshiba Matsushita Display Technology Co., Ltd.

Defendant

John Does 1-100

| Date Filed | # | Docket Text |
|---|---|---|
| 05/31/2007 | 1 | COMPLAINT against all defendants, filed by Eleanor Giusti. (Attachments: # 1 Civil Cover Sheet)(Filo, Jennifer) (Entered: |

|  |  |  |
|---|---|---|
|  |  | 06/01/2007) |
| 06/01/2007 |  | ELECTRONIC NOTICE of Case Assignment. Judge Nathaniel M. Gorton assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Sorokin (Filo, Jennifer) (Entered: 06/01/2007) |
| 06/01/2007 |  | Filing fee: $ 350.00, receipt number 80418 for 1 Complaint (Filo, Jennifer) (Entered: 06/05/2007) |
| 06/05/2007 |  | Summons Issued as to Chi Mei Optoelectronics USA, Inc., Chunghwa Picture Tubes, Ltd., Fujitsu America, Inc., Hannstar Display Corporation, Hitachi, LTD., Hitachi Displays, Ltd., Hitachi America, Ltd., Idtech Co., Ltd., Idtech USA, Inc., Ipsa Alpha Technology, Ltd., LG.Philips LCD Co., Ltd., LG.Philips LCD America, Inc., Matsushita Electric Industrial Co. Ltd., Panasonic Corporation of North America, Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc., NEC Electronics Corporation, NEC Electronics America, Inc., NEC LCD Technologies, LTD., Samsung Electronics Company Ltd., Samsung Electronics America, Sanyo Electric Co., LTD., Sanyo North America Corporation, Epson Imaging Devices Corporation, Seiko Epson Corporation, Epson America, Inc., Epson Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, S-LCD Corporation, Toshiba Corporation, Toshiba America Inc., Toshiba Matsushita Display Technology Co., Ltd., John Does 1-100, AU Optronics Corp., AU Optronics Corp.America;, CHI MEI Optoelectronics Co., LTD.. (Filo, Jennifer) (Entered: 06/05/2007) |
| 07/02/2007 | 2 | Remark: CC of order from MDL panel advising case will be transferred when order is received. (Copy of order sent to docket clerk) (Hassett, Kathy) (Entered: 07/02/2007) |
| 07/09/2007 | 3 | Certified copy of MDL Conditional Transfer Order number CTO-2 in MDL Case 07-1827 received from District of Northern District of California requesting transfer of case for consolidated pretrial proceedings (Sonnenberg, Elizabeth) (Entered: 07/10/2007) |
| 07/24/2007 | 4 | Case transferred to to District of Northern District of California pursuant to Conditional Transfer Order entered by the MDL Panel on 6/28/07 Original file and certified copy of transfer order and docket sheet sent to the Clerk in that district. (Sonnenberg, Elizabeth) (Entered: 07/24/2007) |

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 07/31/2007 12:34:49 |||
| **PACER Login:** | us4077 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** 1:07-cv-11025- |

|  |  |  | NMG |
|---|---|---|---|
| Billable Pages: | 2 | Cost: | 0.16 |